1
2
3
4

CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

5

6

UNITED STATES DISTRICT COURT

7

NORTHERN DISTRICT OF CALIFORNIA

8

9

**Rafael Arroyo**,

10

Plaintiff,

11

v.

12

13

**360 Global Venture Group, LLC**, a California Limited Liability Company,

14

Defendants

15

**Case:** 4:21-cv-00013-JST

**Plaintiff's Notice of Voluntary Dismissal Without Prejudice**

**Fed. R. Civ. P. 41(a)(1)(A)(i)**

16

17

18

**PLEASE TAKE NOTICE** that Plaintiff Rafael Arroyo, hereby voluntarily dismisses the matter <u>without</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

19

20

21

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

22

23

Dated: August 4, 2022                      CENTER FOR DISABILITY ACCESS

24

25

By:      /s/ Amanda Seabock
Amanda Seabock
Attorneys for Plaintiff

26

27

28

1

Plaintiff's Notice of Voluntary Dismissal Pursuant to
Federal Rule of Civil Procedure 41(a)(1)(A)(i)